**SHOT–LITE CORPORATION OF AMERICA, Appellant, v. CLYMER MANUFACTUR- ING CO. et al., Appellees.**

Circuit Court of Appeals, Eighth Circuit. July 11, 1928.

No. 8248.

Carle Whitehead and Albert L. Vogl, both of Denver, Colo., for appellant.

Kenaz Huffman, of Denver, Colo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney's fee, on motion of appellant.

■

**SOUTHERN RAILWAY COMPANY, a Cor- poration, Appellant, v. Amelia R. HOFF- MAN, Appellee. ***

Circuit Court of Appeals, Fifth Circuit. October 23, 1928.

No. 5430.

E. W. Pettus and John W. Lapsley, both of Selma, Ala. (Reese & Reese, Pettus & Fuller, and John W. Lapsley, all of Selma, Ala., on the brief), for appellant.

S. F. Hobbs, of Selma, Ala., for appellee.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

WALKER, Circuit Judge. This was an action by the appellee to recover damages

*Rehearing denied December 19, 1928.

for personal injuries sustained by her in consequence of an automobile in which she was riding while it was being driven by her husband being struck by a locomotive of the appellant at a place where a road or street crossed appellant's track. A reversal is sought because of the court's refusal to direct a verdict in favor of the appellant. That ruling is complained of on the grounds that the evidence adduced was such that a finding that appellant was guilty of negligence charged was not warranted, and that undisputed evidence showed that negligence of the appellee proximately caused or contributed to the collision and injury. We are of opinion that the record does not justify the contentions indicated. We think that evidence adduced was such as to make the question whether the appellant was or was not chargeable with negligence alleged one for the jury, and that under the evidence adduced a finding that appellee was not guilty of contributory negligence was warranted. We think there is no occasion for a further statement or discussion of the evidence or of the law applicable to the case.

The judgment is affirmed.

■

**SOUTHLAND LIFE INSURANCE COMPA- NY, Appellant, v. UNITED STATES FI- DELITY & GUARANTY COMPANY, Ap- pellee. †**

Circuit Court of Appeals, Fifth Circuit. November 22, 1928.

No. 5398.

W. H. Flippen and John T. Gano, both of Dallas, Tex., for appellant.

W. R. Harris, of Dallas, Tex. (Will R. Harris and Thompson, Knight, Baker & Harris, all of Dallas, Tex., on the brief), for appellee.

Before WALKER, BRYAN, and FOS- TER, Circuit Judges.

PER CURIAM. The questions now presented for decision were decided by this court when this case was here at a former term. United States Fidelity & Guaranty Co. v. Southland Life Ins. Co. (C. C. A.) 22 F.(2d) 731.

The judgment is affirmed.

† Rehearing denied January 12, 1929.